In re:                                                                  Case No. 11-81229-wls
Donetta Yvette Barrett                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0418-1          User: leonard              Page 1 of 2            Date Rcvd: Aug 01, 2011
                              Form ID: b9i               Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2011.
```
db          +Donetta Yvette Barrett,    4109 Panther Creek Parkway,    Durham, NC 27704-3874
aty         +John T. Orcutt,    6616-203 Six Forks Rd.,    Raleigh, NC 27615-6524
tr          +Richard M. Hutson, II,    Durham Chapter 13 Office,    302 East Pettigrew St., Suite B-140,
              P. O. Box 3613,    Durham, NC 27702-3613
784807071   +AES,   1200 North 7th Street,    Harrisburg, PA 17102-1419
784807072    American Home Shield,    Post Office Box 849,    Carroll, IA 51401-0849
784807076    Blue Cross Blue Shield of NC,    Post Office Box 2291,    Durham, NC 27702-2291
784807067   +ChexSystems,    Attn: Consumer Relations,    7805 Hudson Road, Ste. 100,    Woodbury, MN 55125-1703
784807080   +Citifinancial,    3616 Witherspoon Blvd.,    Suite 101,    Attn: Managing Agent,
              Durham, NC 27707-6857
784807062   +Credit Bureau,    Post Office Box 26140,    Greensboro, NC 27402-6140
784807082    Direct Loans,    US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
784807083    Direct TV,    c/o Allied Interstate,    PO Box 2455,    Chandler, AZ 85244-2455
784807085   +Durham County Tax Collector,    Post Office Box 3397,    Durham, NC 27702-3397
784807064    Equifax Information Systems LLC,    P.O. Box 740241,    Atlanta, GA 30374-0241
784807065    Experian,   P.O. Box 2002,    Allen, TX 75013-2002
784807086    Fannie Mae,    3900 Wisconsin Ave, NW,    Washington, DC 20016-2892
784807088    GC Services,    Post Office Box 3026,    Houston, TX 77253-3026
784807092   +Law Offices of John T. Orcutt,    6616-203 Six Forks Road,    Raleigh, NC 27615-6524
784807094   +Metabank,    5501 South Broadband Lane,    Sioux Falls, SD 57108-2253
784807063    NC Child Support,    Centralized Collections,    Post Office Box 900006,    Raleigh, NC 27675-9006
784807061   +North Carolina Employment Security,    Commission,    Post Office Box 26504,
              Raleigh, NC 27611-6504
784807098   +Panther Creek HOA,    4104 Panther Creek Parkway,    Attn: Managing Agent,    Durham, NC 27704-3873
784807099    Penn Credit Corporation,    Post Office Box 988,    Harrisburg, PA 17108-0988
784807101    Protocol Recovery,    Post Office Box 333,    Panama City, FL 32402-0333
784807102   ++RBC CENTURA BANK,    P O BOX 2155,    ROCKY MOUNT NC,    27802-2155
              (address filed with court: RBC Centura Bank(**),     Attn: Richard Ramsay or Jeanna Harrell,
              Post Office Box 1220,    Attn: Managing Agent,    Rocky Mount, NC 27802-1220)
784807103   +SECCREDIT,    2623 West Oxford Loop,    Oxford, MS 38655-5442
784807104   +Social Security Administration,    Southeastern Program Service Center,
              1200 Rev. Abraham Woods, Jr, Blvd.,    Birmingham, AL 35285-0003
784807106   +Time Warner,    c/o Credit Management,    4200 International PKWY,    Carrollton, TX 75007-1912
784807066    Trans Union Corporation,    P.O. Box 2000,    Crum Lynne, PA 19022-2000
784807107   +TransWorld Systems,    2235 Mercury Way,    Suite 275,    Santa Rosa, CA 95407-5463
784807108    Tribute,    Post Office Box 136,    Newark, NJ 07101-0136
784807069   +US Attorney's Office (MD),    Middle District,    Post Office Box 1858,
              Greensboro, NC 27402-1858
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: babncnotify@ncmba.uscourts.gov Aug 01 2011 18:22:20      Michael D. West,
              Bankruptcy Administrator,    P.O. Box 1828,    Greensboro, NC 27402-1828
784807074    EDI: ARSN.COM Aug 01 2011 18:13:00      Associated Recovery Systems,    Post Office Box 469048,
              Escondido, CA 92046-9048
784807075   +EDI: TSYS2.COM Aug 01 2011 18:13:00      Barclays Bank,    100 South West Street,
              Wilmington, DE 19801-5015
784807077    EDI: CAPITALONE.COM Aug 01 2011 18:13:00      Capital One,    Post Office Box 85015,
              Richmond, VA 23285-5075
784807079    EDI: CBCSI.COM Aug 01 2011 18:13:00      CBCS,    Post Office Box 182573,    Columbus, OH 43218-2573
784807078   +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Aug 01 2011 18:21:39      Capital One Auto Finance**,    3905 Dallas Parkway,    Attn: Managing Agent,
              Plano, TX 75093-7893
784807081    EDI: RCSDELL.COM Aug 01 2011 18:13:00      Dell Financial Services***,    Customer Services,
              Post Office Box 81585,    Austin, TX 78708-1585
784807084    EDI: ESSL.COM Aug 01 2011 18:13:00      Dish Network,    Post Office Box 105169,
              Atlanta, GA 30348-5169
784807087   +E-mail/Text: BANKRUPTCYNOTIFICATION@FRONTIERCORP.COM Aug 01 2011 18:21:36      Frontier,
              P.O. Box 20550,    Rochester, NY 14602-0550
784807068    EDI: IRS.COM Aug 01 2011 18:13:00      Internal Revenue Service (MD)**,    Post Office Box 7346,
              Philadelphia, PA 19101-7346
784807090    EDI: RMSC.COM Aug 01 2011 18:08:00      JCPenney,    c/o GE Money Bank,    PO Box 981131,
              El Paso, TX 79998-1131
784807091    EDI: WFNNB.COM Aug 01 2011 18:13:00      Lane Bryant **,    c/o Spirit of American National BK,
              Post Office Box 182273,    Columbus, OH 43218-2273
784807093    EDI: TSYS2.COM Aug 01 2011 18:08:00      MACYSDSNB,    911 Duke Blvd,    Mason, OH 45040
784807095    E-mail/Text: bbloch@ncdoj.gov Aug 01 2011 18:22:10      NC Department of Justice,
              for NC Department of Revenue,    Post Office Box 629,    Raleigh, NC 27602-0629
784807070    EDI: NCDEPREV.COM Aug 01 2011 18:13:00      NC Department of Revenue,    c/o Reginald S. Hinton,
              Post Office Box 25000,    Raleigh, NC 27640-5000
784807097    EDI: NCDEPREV.COM Aug 01 2011 18:13:00      North Carolina Dept of Revenue**,
              Post Office Box 1168,    Raleigh, NC 27602-1168
784807100    EDI: PRA.COM Aug 01 2011 18:13:00      Portfolio Recovery Associates,    120 Corporate Boulevard,
              Suite 100,    Norfolk, VA 23502
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
784807105    EDI: WTRRNBANK.COM Aug 01 2011 18:13:00    Target,   c/o Retailers National Bank,    Post Office Box  59228,   Minneapolis, MN 55459-0228
                                                                                                                TOTAL: 18

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
784807073*    American Home Shield,    Post Office Box 849,   Carroll, IA 51401-0849
784807089*    Internal Revenue Service (MD)**,    Post Office Box 7346,    Philadelphia, PA 19101-7346
784807096*    NC Department of Revenue,    c/o Reginald S. Hinton,    Post Office Box 25000,    Raleigh, NC 27640-5000
784807109*    +US Attorney's Office  (MD)**,    Middle District,    Post Office Box 1858,    Greensboro, NC 27402-1858
784807110*    +US Attorney's Office  (MD)**,    Middle District,    Post Office Box 1858,    Greensboro, NC 27402-1858
                                                                                       TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2011**                    **Signature:**    _Joseph Speetjens_

FORM B9I (Official Form 9I) (Chapter 13 Case) (12/10)     Case Number **11−81229**

# UNITED STATES BANKRUPTCY COURT
## Middle District of North Carolina

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/29/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor (name(s) and address):
Donetta Yvette Barrett
4109 Panther Creek Parkway
Durham, NC 27703

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 11−81229 | xxx−xx−5636 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| John T. Orcutt | Richard M. Hutson II |
| 6616−203 Six Forks Rd. | Durham Chapter 13 Office |
| Raleigh, NC 27615 | 302 East Pettigrew St., Suite B−140 |
| Telephone number: (919) 847−9750 | P. O. Box 3613 |
| | Durham, NC 27702 |
| | Telephone number: (919) 688−8065 |

### Meeting of Creditors

Date: **September 9, 2011**      Time: **01:00 PM**

Location: **Creditors Meeting Room, Venable Center, Dibrell Building – Suite 280, 302 East Pettigrew Street, Durham, NC 27701**

**Important notice to individual debtors:** Effective July 1, 2002, all individual debtors must provide **picture identification** and **proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

EFFECTIVE JULY 1, 2008, ALL CLAIMS MUST BE FILED DIRECTLY WITH THE BANKRUPTCY CLERKS OFFICE AT THE ADDRESS BELOW OR ELECTRONICALLY VIA THE COURT'S WEBSITE AT **WWW.NCMB.USCOURTS.GOV**.   IT IS RECOMMENDED THAT SECURED CLAIMS ARE FILED PRIOR TO THE DATE OF THE CREDITORS MEETING.

| For all creditors (except a governmental unit): **12/8/11** | For a governmental unit(except as otherwise provided in Fed R. Bankr. P.3002(c)(1)): **180 days from date of Order for Relief** |
|---|---|

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 11/8/11**

**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
You will be sent separate notice of the hearing on confirmation of the plan.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 101 S. Edgeworth Street | Clerk of the Bankruptcy Court: |
| Greensboro, NC 27401 | Reid Wilcox |
| Telephone number: (919) 541−3520 | |
| Hours Open: Monday − Friday 8:00 AM − 5:00 PM | Date: 8/1/11 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328 (f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk.s office by the same deadline. The bankruptcy clerk.s office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

**NOTICE:** STATE OR FEDERALLY ISSUED PHOTO ID IS REQUIRED TO ENTER THE BUILDING. WEAPONS OF ANY KIND (e.g. knives, scissors,guns,etc.) **AND CELL PHONES WITH CAMERA OR PUSH−TO−TALK FEATURES ARE NOT ALLOWED TO BE BROUGHT INTO THE BUILDING. YOU WILL BE DENIED ENTRY IF YOU HAVE ANY OF THESE ITEMS IN YOUR POSSESSION.**

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Middle District of North Carolina | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Donetta Yvette Barrett | Case Number: 11-81229 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
(*If known*)

Telephone number:   Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**   $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property: $**_____ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**_____ **Basis for perfection:** _____

**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (04/10) - Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.