UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Donetta Yvette Barrett**
S.S. No.: xxx-xx-5636
Mailing Address: 4109 Panther Creek Parkway, Durham, NC 27703-

Case No. 11-81229

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on July 29, 2011.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: August 16, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

| CH. 13 PLAN - DEBTS SHEET | | | | Date: | 7/20/11 |
|---|---|---|---|---|---|
| (MIDDLE DISTRICT - DESARDI VERSION) | | | | Lastname-SS#: | Barrett-5636 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | RBC Mortgage | | $2,302 | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | RBC Mortgage | | $738 | N/A | n/a | $738.00 | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Capital One | | $6,705 | 5.00 | $67 | $162.22 | 2006 Kia Spectra |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $3,338 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | | | Amount** |
|---|---|---|---|
| DMI= | None($0) | | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,026** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **11.50** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE            (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Citifinancial
3616 Witherspoon Blvd.
Suite 101
Attn: Managing Agent
Durham, NC 27707

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

AES
1200 North 7th Street
Harrisburg, PA 17102

Dell Financial Services***
Customer Services
Post Office Box 81585
Austin, TX 78708-1585

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

American Home Shield
Post Office Box 849
Carroll, IA 51401-0849

Direct Loans**
US Department of Education
PO Box 5609
Greenville, TX 75403-5609

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Associated Recovery Systems
Post Office Box 469048
Escondido, CA 92046-9048

Direct TV
c/o Allied Interstate
PO Box 2455
Chandler, AZ 85244-2455

Experian
P.O. Box 2002
Allen, TX 75013-2002

Barclays Bank
100 South West Street
Wilmington, DE 19801

Dish Network
Post Office Box 105169
Atlanta, GA 30348-5169

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Blue Cross Blue Shield of NC
Post Office Box 2291
Durham, NC 27702-2291

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Capital One
Post Office Box 85015
Richmond, VA 23285-5075

Fannie Mae
3900 Wisconsin Ave, NW
Washington, DC 20016-2892

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Capital One Auto Finance**
3905 Dallas Parkway
Attn: Managing Agent
Plano, TX 75093

Frontier
P.O. Box 20550
Rochester, NY 14602

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

CBCS
Post Office Box 182573
Columbus, OH 43218-2573

GC Services
Post Office Box 3026
Houston, TX 77253-3026

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Penn Credit Corporation
Post Office Box 988
Harrisburg, PA 17108-0988

Tribute
Post Office Box 136
Newark, NJ 07101-0136

JCPenney
c/o GE Money Bank
PO Box 981131
El Paso, TX 79998-1131

Portfolio Recovery Associates
120 Corporate Boulevard
Suite 100
Norfolk, VA 23502

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Lane Bryant **
c/o Spirit of American National BK
Post Office Box 182273
Columbus, OH 43218-2273

Protocol Recovery
Post Office Box 333
Panama City, FL 32402-0333

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

RBC Centura Bank(**)
Attn: Richard Ramsay or Jeanna Harrell
Post Office Box 1220
Attn: Managing Agent
Rocky Mount, NC 27802-1220

MACYSDSNB
911 Duke Blvd
Mason, OH 45040

SECCREDIT
2623 West Oxford Loop
Oxford, MS 38655

Metabank
5501 South Broadband Lane
Sioux Falls, SD 57108

Social Security Administration
Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr, Blvd.
Birmingham, AL 35285

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

Target
c/o Retailers National Bank
Post Office Box 59228
Minneapolis, MN 55459-0228

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Time Warner
c/o Credit Management
4200 International PKWY
Carrollton, TX 75007

Panther Creek HOA
4104 Panther Creek Parkway
Attn: Managing Agent
Durham, NC 27704

TransWorld Systems
2235 Mercury Way
Suite 275
Santa Rosa, CA 95407-5413